UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JULIO ACOSTA DE VARGAS #79399-053** | **CASE NO. 1:20-CV-00247 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **WARDEN MERENDINO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED with prejudice as to the jurisdictional issue and without prejudice as to the merits of petitioner's underlying claims for relief.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 17 day of July, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT